RECEIVED

NOV - 7 2011

TONY R. MOORE, CLERK
BY_____
   DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| JOEY DAVIDSON | * | CIVIL ACTION NO. 11-0636 |
| VERSUS | * | JUDGE DONALD E. WALTER |
| WEYERHAEUSER CORPORATION | * | MAG. JUDGE KAREN L. HAYES |

# JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED** that the hybrid "Motion for Improper Venue Pursuant Fed.R.Civ.Proc. Art. 12(b)(3) and Motion for Change of Venue Pursuant 28 U.S.C. § 1404 Et. Seq." [doc. # 9] filed by defendant Weyerhaeuser NR Company, is hereby DENIED.

SHREVEPORT, LOUISIANA, this 7 day of Nov 2011.

_____
DONALD. E. WALTER
UNITED STATES DISTRICT JUDGE